# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAIRO SIERRA,<br><br>       Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. CV 16-3547 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: April 24, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE